IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:09-cv-01015-MJW-MEH

JAMES D. CALDWELL, Individually,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY, a Maryland corporation,

    Defendant.

---

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Docket No. 16)

---

    THIS MATTER COMES BEFORE THE COURT upon consideration of the Plaintiff's Unopposed Motion for Leave to Amend Complaint (Plaintiff's Motion). Being fully advised in the premises, the Court finds and concludes as follows:

    Because Plaintiff's Motion is unopposed and the Defendants have been on notice of the facts and circumstances providing the basis for the proposed amendments, the Court concludes that the proposed amendments will not result in undue prejudice to the Defendants.

    Accordingly, the Plaintiff's Unopposed Motion for Leave to Amend Complaint is GRANTED. The Plaintiff shall serve a true and correct copy of the First Amended Complaint on the Defendant via first class mail within twenty (20) days of the date of this Order. The tendered first amended complaint is accepted for filing as of the date of this Order.

SO ORDERED.

DATED this 19th day of October, 2009.

BY THE COURT:

*Michael J. Watanabe*
Michael J. Watanabe
United States Magistrate Judge