IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:09-cv-01015-MJW-MEH

JAMES D. CALDWELL, Individually,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY, a Maryland corporation,

    Defendant.

---

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND SCHEDULING ORDER ( Docket No. 17 )

---

THIS MATTER COMES BEFORE THE COURT upon consideration of the Plaintiff's Unopposed Motion for Leave to Amend Scheduling Order (Plaintiff's Motion). Being fully advised in the premises, the Court finds and concludes as follows:

Because the case has been assigned to a new Magistrate Judge, the Plaintiff has filed an Unopposed Motion for Leave to Amend Complaint, and a trial date has not been set, the Court concludes that the proposed amendments will not result in undue prejudice to the parties.

Accordingly, the Plaintiff's Unopposed Motion for Leave to Amend Scheduling Order is GRANTED   The Plaintiff shall serve a true and correct copy of the Amended Scheduling Order on the Defendant via first class mail within twenty (20) days of the date of this Order.

SO ORDERED.

DATED this 15TH day of October, 2009.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge