IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 09-cv-01015-MJW-MEH**

JAMES D. CALDWELL,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on September 30, 2010, [DN 13], by Judge David M. Ebel and was assigned to Magistrate Judge Michael J. Watanabe on September 30, 2010, [DN 14] by Letter Reassigning Case.

      Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Michael E. Hegarty is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

      IT IS FURTHER ORDERED that the **Order of Reference to United States Magistrate Judge**, [DN 2] entered by Judge Ebel on May 6, 2009, is **VACATED**.

      IT IS FURTHER ORDERED that a Final Pretrial Conference is set before Magistrate Judge Michael J. Watanabe on May 4, 2010, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Watanabe on April 29, 2010.

      Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

      The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov.   Instructions for downloading in richtext

format are posted in the forms section of the website.   Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 26TH DAY OF JANUARY, 2010.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge