IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-01015-MJW-MEH | FTR - Courtroom A-502 |
| **Date:** March 03, 2010 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| JAMES D. CALDWELL, | Stephen A. "Drew" Haywood |
| Plaintiff(s), | |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | Michael S. Simpson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING
**Court in Session:** 1:30 p.m.
Court calls case. Appearances of counsel. Also present at plaintiff table is attorney Chris Dugan.

The Court raises defendant Geico's Motion for Summary Judgment for argument.

Argument by Mr. Haywood.
Argument by Mr. Simpson.

**It is ORDERED:** Defendant Geico General Insurance Company's MOTION FOR SUMMARY JUDGMENT [Docket NO. **24,** Filed December 31, 2009] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.


Hearing concluded.
**Court in recess:** 1:59 p.m.
Total In-Court Time 00: 29

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345. FAX (303) 893-8305 www.AveryWoods.net