IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01015-~~DME~~-MEH (MJW)

JAMES D. CALDWELL, Individually,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,
a Maryland corporation,

Defendant.

---

### ORDER FOR DISMISSAL ( Docket No. 34 )

---

THIS MATTER coming on for hearing upon the Stipulation of the parties for dismissal with prejudice, the Court having reviewed said Stipulation and being fully advised in the premises:

DOTH ORDER that this matter be and the same hereby is ordered dismissed with prejudice as to the plaintiffs and defendants with each party being ordered to pay their own attorneys fees and costs.

DONE IN OPEN COURT this 30th day of April, 2010.

BY THE COURT:

*/s/ Michael J. Watanabe*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**